# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

FREDERICK BANKS,                          :     No. 57 WM 2020
                                          :
              Petitioner                  :
                                          :
                                          :
          v.                              :
                                          :
                                          :
ORLANDO HARPER, WARDEN,                    :
ALLEGHENY COUNTY JAIL; RICH                :
FITZGERALD; ALLEGHENY COUNTY,              :
                                          :
              Respondents                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2020, the Application for Leave to File Original Process is GRANTED, the "Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 and Petition for a Writ of Mandamus" is DENIED, and the "Motion to Add Respondent" is DISMISSED.